We'll hear the next case on the calendar, Ishutkina. Good morning, Your Honors. Good morning. First of all, we would like to thank you for giving us an opportunity to participate. I've heard this on several occasions in your first case, that it's important. And thank you very much. I don't know where to start. You know you have a certain number of minutes. Yes. How are you going to divide the time? Okay. I will take a short way. We are engineers, and Nikolai has 11 patents. I have one. We are electrical engineers who worked on designing power distributions for submarines. And our saga began in 2011, on July 5th, after Electric Boat Corporation escorted me out of the gates without any explanation. I was the engineering specialist responsible for quality, and having the situation when 14 percent of the cable on a boat that was under construction was short, very short, and I raised my voice and sent an email to the president of the company that it's impossible for the company who has 100 years' experience to have such defects. And I was escorted out of the gates right away. And then they started to phase out the punishment. So they precluded me from obtaining another job. And the next phase, it was done by the lawyers. And then the next phase came to the residence, to the house where we lived in Avon, Connecticut. But if I may ask a question, you're suing City Mortgage, right? That's who this lawsuit is brought against. Exactly. And City Mortgage is the entity that lent you money or that now holds the mortgage for a loan on that house, right? Right. And they're saying you didn't pay the payments, and therefore they want to foreclose on the mortgage. That's not true. No. So what did they do? They did not reveal the whole information to the judge in Connecticut. At the point where we started suing the City Mortgage, I got the disability pension from Social Security, and we were making the refinancing, and we are doing the trial payment. And we finished the refinancing before the decision of the judge under the circumstances that you just described was sent to you. So what exactly did City Mortgage do that you are saying is a violation of law or a violation of your rights? City Mortgage is doing everything under the directions from General Dynamics Electric Boat, period. And why do you think that is true? I'm not thinking. I am sure. But why are you sure that is true? Because of the situation we are in now. And as soon as we put the—as soon as we brought the case, the City Mortgage sold our mortgage to Sandler, and they brought to the judge that foreclosure thing that was not true, and the judge even didn't consider the case. How was it not true? Foreclosure. From the very beginning, foreclosure was not the process that—like, we were trying to communicate and explain, and they dropped the foreclosure case right before the decision was sent to you. So I guess the case must be returned to Connecticut, and judge has to look differently from what's going on. And that's all. All right. Thank you. Thank you very much. Thank you for your argument. The Court will reserve decision. Thank you for coming. And I send—we send the argument, and we mention there that there will be a system dynamics diagram. And I'm—we developed it, and I would like you to have it. Thank you. Thank you very much. Thank you. Thank you. Thank you. The final two cases are on submission, Mays v. United States and United States v. Gordon and Hafner. The clerk will adjourn court. Excuse me. Sorry. Oh, for—yeah, sure. Oh, thank you. The dynamics diagram. Thanks, Maria. Oh, for sure. Thanks. Appreciate it.  That's really it. There's not much to it.